## McDANIEL v. STATE.
### No. 26147.

Court of Criminal Appeals of Texas.
Jan. 7, 1953.

No attorney on appeal.

George P. Blackburn, State's Atty., Austin, for the State.

No attorney on appeal.

George P. Blackburn, State's Atty., Austin, for the State.

Court of Criminal Appeals of Texas.
Jan. 7, 1953.

## McDANIEL v. STATE.
### No. 26148.

Court of Criminal Appeals of Texas.
Jan. 7, 1953.

No attorney on appeal.

George P. Blackburn, State's Atty., Austin, for the State.

WOODLEY, Judge.

Appellant waived a jury and pleaded guilty to the charge of cattle theft. His punishment was assessed by the court at two years in the penitentiary.

No statement of facts is found in the record and there are no bills of exception. The proceedings appear to be regular.

The judgment is affirmed.